**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL NO.: 4:16-cr-63-MPM-JMV** |
| **CHRISTOPHER TERRELL BRADLEY** | **DEFENDANT** |

### ORDER DENYING MOTION FOR BOND

This matter came before the Court on Defendant's Motion for Bond, docket number [67]. The court having heard and considered the arguments of counsel finds the Motion for Bond should be and is hereby DENIED.

The defendant is detained and shall remain in the custody of the United States Marshals Service pending the Final Revocation Proceedings before United States District Judge Michael P. Mills.

SO ORDERED, this the 30th day of October, 2023.

    /s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE